**Abatement Order filed December 7, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00388-CV
_____

**NEW CLASSIC INVESTMENTS, INC. D/B/A CLASSIC CONSTRUCTION COMPANY, Appellant**

**V.**

**LEHIGH HANSON, INC. AND GULF COAST STABILIZED MATERIALS, INC., Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-71030**

---

## ABATEMENT ORDER

Notice was filed on November 29, 2021, that appellant is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on November 11, 2021, New Classic Investments, Inc., petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 21-33674. A bankruptcy suspends the appeal from the date when the bankruptcy

petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.